

Entered on Docket
July 24, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

___

*Re-lodging.*

1
2
3
4
5
6
7  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
8  Nevada Bar No. 004417
9  208 South Jones Boulevard
   Las Vegas, Nevada 89107
10 Telephone: 702 258-8200
   bk@wildelaw.com
11 Fax: 702 258-8787
12
   and
13
   MARK S. BOSCO, ESQ.
14 Arizona Bar No. 010167
   TIFFANY & BOSCO, P.A.
15 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
16 Telephone: (602) 255-6000
17
   HSBC Bank USA National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage
18 Pass-through Certificates, Series 2007-3
   09-72034 / 1256045394
19

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-14573-mkn |
|---|---|
| Hector Mendiola | Date: 6/10/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-through Certificates, Series 2007-3, its assignees and/or successors in interest, of the subject property, generally described as 5631 Deer Run Ct., North Las Vegas, NV 89031.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
David Krieger
1020 Garces, Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
James F. Lisowski, Sr.
P.O Box 95695
Las Vegas, NV 89193
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor